UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-574-D

| | |
|---|---|
| CARSTON EXUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. ) | **ORDER** |

For the reasons stated in the memorandum in support of defendant's motion to dismiss, the court GRANTS defendant's motion to dismiss [D.E. 7]. The court DISMISSES the complaint without prejudice.

SO ORDERED. This 16 day of February 2021.

JAMES C. DEVER III
United States District Judge