UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| CARSTON EXUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 5:20-CV-574-D** |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 7]. The court DISMISSES the complaint without prejudice.

**This Judgment Filed and Entered on February 16, 2021, and Copies To:**

| | |
|---|---|
| Carston Exum | (Sent to 1650 Royal Pines Dr. Apt. 232 Raleigh, NC 27610 via US Mail) |
| Asia J. Prince | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

February 16, 2021  (By) /s/ Nicole Sellers

Deputy Clerk